# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1481
Lower Tribunal No. 19-6303
_____

**Sayers Construction, LLC,**
Appellant,

vs.

**Timberline Construction, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

The Brownlee Law Firm, P.A., and Lindsey Lawton (Tallahassee) and Michael M. Brownlee, B.C.S. (Orlando), for appellant.

Bradley Arant Boult Cummings LLP, and Timothy C. Ford and Tara M. Petzoldt (Tampa), and Marc James Ayers, B.C.S. (Birmingham, AL), for appellees.

Before FERNANDEZ, C.J., and EMAS and HENDON, JJ.

PER CURIAM.

Affirmed.